UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Joe Ward, | ) C/A No. 4:12-3303-SB-TER | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Doctor Leopoldo Muniz; | ) | ORDER |
| Cathy Brown; | ) | |
| Nurse Harris; | ) | |
| Nurse Roshell Smith; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's motion entitled "Motion for Stay of Proceedings." (Doc. #44). In this motion, Plaintiff asserts that there is no legal library in the Greene County Detention Center and he has no access to a computer or law books. Therefore, Plaintiff asks the court to stay his case because he "cannot proceed without legal material or a law library." Id. Defendants filed a response stating they did not oppose Plaintiff's motion "to give Plaintiff ample time to seek out and find the necessary facilities to respond to any of Defendants' Pleadings, if he so chooses."

The parties are directed to inform the court within five (5) days from the date of this order if Plaintiff is still housed at the Greene County Detention Center. If Plaintiff is still housed at the Greene County Detention Center, the parties are to inform the court how long it is anticipated he will be housed in that location.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

June 18, 2013
Florence, South Carolina

2