UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Joe Ward, | ) C/A No. 4:12-3303-SB-TER | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Doctor Leopoldo Muniz; | ) | ORDER |
| Cathy Brown; | ) | |
| Nurse Harris; | ) | |
| Nurse Roshell Smith; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's motion entitled "Motion for Stay of Proceedings." (Doc. #44). In this motion, Plaintiff asserts that there is no legal library in the Greene County Detention Center and he has no access to a computer or law books. In response to an Order of this court, Plaintiff asked the court to stay his case until the month of August. (Doc. #57).

Defendants filed a motion for summary judgment on June 6, 2013. Plaintiff filed a response to the motion on July 12, 2013, and a sur-reply on August 5, 2013. Plaintiff's motion to stay the case (doc. #44) is granted in part and denied in part. Plaintiff is given until September 6, 2013, to file any further responses to Defendants' motion for summary judgment pursuant to the *Roseboro* Order of June 11, 2013.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

August 27, 2013
Florence, South Carolina